IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | §   NO. 1:13-CR-65-MJT § § |
| JIMMY SAMUEL | § |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred a motion to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. (Dkt. 422). The magistrate judge recommended denying the Defendant's motion (Dkt. 419). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge (Dkt. 423) filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.

SIGNED this 3rd day of July, 2024.

Michael J. Truncale
United States District Judge